UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-03788-DMG (Ex)** | Date | July 1, 2019 |
| Title | *Colleen Craig v. Capital One, N.A., et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON PLAINTIFF'S AND DEFENDANT'S RESPECTIVE COUNSEL**

On July 19, 2018, the Court ordered the parties to file a joint status report regarding settlement by June 18, 2019. [Doc. # 36-1.] To date, the parties have not filed their joint status report. Plaintiff's and Defendant's respective attorneys are hereby **ORDERED TO SHOW CAUSE** why the Court should not sanction them for failure to comply with a Court Order. The attorneys' respective responses to this Order to Show Cause shall be filed **by July 8, 2019**. As an alternative to the attorneys' written responses, the Court will accept a joint status report that details the good faith efforts that counsel undertook to settle this action. Any such joint status report must be filed no later than **July 8, 2019**.

**IT IS SO ORDERED.**