JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN CRAIG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A.; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: CV 17-3788-DMG (Ex)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [42]** |

Pursuant to the Stipulation filed by Plaintiff Colleen Craig ("Plaintiff") and Defendant Capital One, N.A. ("Capital One"), IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice, in its entirety. The Order to Show Cause dated July 1, 2019 is DISCHARGED. [Doc. # 40.] All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: July 3, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-